UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO    DIVISION

| | |
|---|---|
| JOEY ELLROD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV615-059 |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

## ORDER

The Court having reviewed and considered the petition of Cameron S. Hill of the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz PC, 1800 Republic Centre, 633 Chestnut Street, Chattanooga, Tennessee 37450, for permission to appear pro hac vice on behalf of defendant United of Omaha Life Insurance Company, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Cameron S. Hill, as counsel of record for defendant United of Omaha Life Insurance Company, in this case.

**SO ORDERED** this __4th__ day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA