IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JOEY ELLROD,

    Plaintiff,

      v.

UNITED OF OMAHA LIFE
INSURANCE COMPANY,

    Defendant.

CV 615-059

## O R D E R

In the above-captioned case on October 6, 2015, the parties filed a joint stipulation of dismissal, representing that they have reached a full and final settlement as to all claims in issue. Thus, upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that this action, Plaintiff's claims, and Defendant's counterclaim are all **DISMISSED WITH PREJUDICE.** The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear their own costs.

    **ORDER ENTERED** at Augusta, Georgia, this ___9th___ day of October, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA